UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEKHROJ ORTIKOV,<br><br>                              Petitioner,<br><br>v.<br><br>MANAGEMENT & TRAINING CORPORATION, et al.,<br><br>                              Respondents. | Case No.:  26-cv-0476-TWR (MSB)<br><br>**ORDER (1) DISCHARGING ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED FOR FAILURE TO PAY FILING FEE, (2) REQUIRING RESPONDENTS TO SHOW CAUSE WHY THE PETITION SHOULD NOT BE GRANTED, AND (3) SETTING HEARING**<br><br>(ECF No. 2) |

Petitioner Mekhroj Ortikov, an immigration detainee proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) On January 28, 2026, the Court issued an Order to Show Cause why the Petition should not be dismissed for failure to satisfy the filing fee requirement, and instructed Petitioner that in order to avoid dismissal of this case, he must either pay the $5.00 filing fee or submit adequate proof of his inability to pay the fee on or before March 27, 2026.  (ECF No. 2.)  On February 23, 2026, the $5.00 filing fee was paid in this case. (*See* ECF No. 3.)  Because the filing fee requirement has now been satisfied, the Court **DISCHARGES** the Order to Show Cause.

1  The Court further **ORDERS** Respondents **TO SHOW CAUSE** why the Petition
2  should not be granted by filing a written response <u>on or before Tuesday, March 3, 2026</u>.
3  Additionally, the Court **SETS** an Order to Show Cause Hearing for <u>Thursday, March 5,</u>
4  <u>2026, at 1:30 p.m. in Courtroom 14A.</u>

5      **IT IS SO ORDERED.**

6  Dated: February 25, 2026

*[signature: Todd Robinson]*
Honorable Todd W. Robinson
United States District Judge